UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:13-cv-22915-DLG

ASHLEY M. LAW, an individual, on
behalf of herself and all others similarly situated,

    Plaintiff,

v.

DOMINO'S PIZZA, LLC,
a foreign limited liability company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ASHLEY M. LAW, through the undersigned counsel, hereby files notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that the instant action is dismissed without prejudice as to all Defendants. No Defendant has filed an Answer and there are no motions for summary judgment pending before this Honorable Court.

Respectfully submitted,

s/ Scott D. Owens
**Scott D. Owens, Esq.**
Florida Bar No. 0597651
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Tel:    954-589-0588
Fax:   954-337-0666
scott@scottdowens.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Scott D. Owens
**Scott D. Owens, Esq.**